**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NJOY, INC.,[1] | Case No. 16-12076 (CSS) |
| Debtor. | |

**LIST OF EQUITY SECURITY HOLDERS PURSUANT TO RULE 1007(a)(3)**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Attached is the list of equity security holders of the above-referenced Debtor, pursuant to

Fed. R. Bankr. P. 1007(a)(3).

---

[1]    The last four digits of the Debtor's federal tax identification number are 6013.  The Debtor's mailing address and principal place of business is 15211 N. Kierland Blvd., Suite 200, Scottsdale, Arizona 85254.

**Fill in this information to identify the case:**

Debtor name    NJOY, Inc.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   16-12076  (CSS)

☐ Check if this is an amended filing

---

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration    List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 9/19/16 _____          X _____
                                              Signature of individual signing on behalf of debtor

                                              **Jeffrey Weiss**
                                              Printed name

                                              **General Counsel and Interim President**
                                              Position or relationship to debtor

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| ADDRESS | SECURITY CLASS | NUMBER OF SECURITIES |
|---|---|---|
| 4502302 Canada Inc.<br>C/o Barry Vogel<br>116 Caribou Road<br>TORONTO, ONTARIO, Canada M5N2B2 | COMMON | 2,380,208.00 |
| 5251 CAPITAL LLC<br>5159 E. Calle del Norte<br>Phoenix, AZ 85018 | COMMON | 50,000.00 |
| Alvarado, Robert<br>2155 S. 55th St.<br>#1002<br>Tempe, AZ 85282 | COMMON | 20,000.00 |
| Alvy Singer, LLC<br>15260 Ventura Blvd.<br>Ste. #1700<br>Sherman Oaks, CA 91403 | COMMON | 50,000.00 |
| Anderson, Abigail K<br>6980 E Sahuaro Dr.<br>#2044<br>Scottsdale, AZ 85254 | COMMON | 2,500.00 |
| Anise, Roy<br>4319 Monument Avenue<br>Richmond, VA 23230 | COMMON | 614,150.00 |
| Ansari 3 Twelve LLC II<br>225 EAST DEERPATH ROAD<br>SUITE 210<br>LAKE FOREST, IL 60045 | | 1,477,855.00 |

| | | |
|---|---|---|
| Ball & Co FBO Fidelity Mt. Vernon Street Trust: Fidelity Growth Company Fund<br>C/o Citibank N.A/Custody: IC&D Lock Box Account #: 206681<br>PO Box 7247-7057<br>Philadelphia, PA 19170-7057 | | |
| Ball & Co FBO Fidelity Securities Fund: Fidelity Blue Chip Growth Fund<br>C/o Citibank N.A/Custody IC&D Lock Box Account #:849453<br>P.O Box 7247-7057<br>Philadelphia, PA 19170-7057 | | |
| Bandana Enterprises, LLC<br>C/o Mark Wilkie (Registered Agent)<br>870 Teaberry<br>Commerce, MI 48390 | COMMON | 478,333.00 |
| Barba, William<br>23946 N. 77th Way<br>Scottsdale, AZ 85225 | COMMON | 32,500.00 |
| BASSFIN & CO FBO Variable Insurance Products Fund: Growth Portfolio<br>C/o State Street Bank & Trust<br>PO Box 5756<br>Boston, MA 02206 | COMMON | 243,618.00 |

| | | |
|---|---|---|
| Beaver, Andrew<br>50 E. 4th St.<br>Apt A<br>New York, NY  10003 | COMMON | 11,119.00 |
| Belucci, Todd<br>260 W 64th Street #27C<br>New York, NY 10019 | COMMON | 30,000.00 |
| Bert & Jane Boeckmann as trustees of the<br>Boeckmann Family Revocable Trust<br>C/o Galpin Motors, Inc.<br>15505 Roscoe Blvd<br>Norh Hills, CA 91343-6503 | COMMON | 2,930,000.00 |
| Binsfeld, Dave<br>5519 E. Calle Tuberia<br>Phoenix, AZ 85018 | COMMOM | 10,000.00 |
| Binsfeld, Joseph J.<br>6601 E. Calle Redondo<br>Scottsdale, AZ 85251 | COMMOM | 29,406.00 |
| Binsfeld, Joseph M.<br>6601 E. Calle Redondo<br>Scottsdale, AZ 85251 | COMMOM | 16,667.00 |
| Birnbaum, Mark<br>Mark Birnbaum @ EMM Group<br>413 W. 14th St. #301<br>New York, NY 10014 | COMMON | 81,301.00 |

| | | |
|---|---|---|
| Boeckmann, Beau<br>C/o Galpin Motors, Inc., Attn: Herbert F. Boeckmann, II<br>15505 Roscoe Blvd<br>North Hills, CA 91343-6503 | COMMON | 365,000.00 |
| Booth & Co fbo Fidelity Hastings Street Trust: Fidelity Advisor Series Growth & Income Fund<br>The Northern Trust Company, Attn: Trade Securities Processing, C-1N<br>801 South Canal St.<br>Chicago, IL 60607 | COMMON | 121,929.00 |
| Booth & Co fbo Fidelity Hastings Street Trust: Fidelity Series Growth & Income Fund<br>The Northern Trust Company, Attn: Trade Securities Processing, C-1N<br>801 South Canal St.<br>Chicago, IL 60607 | COMMON | 791,469.00 |
| Booth & Co fbo Fidelity Securities Fund: Fidelity Growth & Income Portfolio<br>The Northern Trust Company, Attn: Trade Securities Processing, C-1N<br>801 South Canal St.<br>Chicago, IL 60607 | COMMON | 671,364.00 |

| | | |
|---|---|---|
| Bradford B. Couri Legacy Trust U/A/D 12/20/12<br>ATTN: LEVOYD E. ROBINSON, TRUSTEE OF<br>THE BRADFORD B. COURI LEGACY TRUST<br>U/A/D 12/20/12<br>2905 COLFAX<br>EVANSTON, IL 60201 | | 394,095.00 |
| Bradley Mark Boeckmann and Patricia Cristina<br>Boeckmann, Co-Trustees of the BNT Revocable<br>Trust | COMMON | 397,500.00 |
| Brener International Group, LLC<br>Attn: Christopher Hopkins<br>421 N. Beverly Drive, Suite 300<br>Beverly Hills, CA 90210 | COMMON | 39,385.00 |
| Bret W & Elizabeth A Hicks<br>6832 E TIVANI DR<br>Tucson, AZ 85715-3349 | COMMON | 55,556.00 |
| Brooks, Andrew<br>7601 N. 11th Street<br>Phoenix, AZ 85020-4110 | COMMON | 5,000.00 |
| Brooks, Ari Benjamin<br>7601 N. 11th Street<br>Phoenix, AZ 85020-4110 | COMMON | 5,000.00 |
| Brooks, Micah<br>7601 N. 11th Street<br>Phoenix, AZ 85020-4110 | COMMON | 5,000.00 |

| | | |
|---|---|---|
| Brooks, Nancy Susan<br>7601 N. 11th Street<br>Phoenix, AZ 85020-4110 | COMMON | 5,000.00 |
| Brooks, Zachary<br>7601 N. 11th Street<br>Phoenix, AZ 85020-4110 | COMMON | 14,110.00 |
| Brookside Capital Partners Fund, L.P.<br>C/o Bain Capital, LLC<br>John Hancock Tower, 200 Claredon Street<br>Boston, MA 02116 | COMMON | 20,179,913.00 |
| Brown, Rick & Shirley<br>7416 E. Edgemont Ave.<br>Scottsdale, AZ  85257 | | 55,556.00 |
| CAC-FAM, L.L.C.<br>5189 E. Calle del Norte<br>Phoenix, AZ 85018-4422 | COMMON | 45,000.00 |
| Carmona, Richard<br>8600 E. Rockcliff Rd<br>Tucson, AZ 85750 | BOARD MEMBER | 100,000.00 |
| Carr, Adam<br>4204 CANDLEWOOD PL<br>Rogers, AR 72758 | COMMON | 10,000.00 |
| CCM&W Investments, LLC<br>C/o McMurry, Inc., Attn: Chris McMurry<br>5230 N. 23rd Street<br>Phoenix, AZ 85016-3505 | COMMON | 275,863.00 |

| | | |
|---|---|---|
| CGP Sottera Holdings, LLC<br>C/O CATTERTON PARTNERS, ATTN: MICHAEL FARELLO<br>599 W. Putnam Avenue<br>Greenwich, CT 06830 | COMMON | 162,766,315.00 |
| CLK-NV, LLC<br>17700 N. Pacesetter<br>Scottsdale, AZ 85253 | COMMON | 483,126.00 |
| Collins, Rebecca<br>5715 E. Calle Tuberia<br>Phoenix, AZ 85018 | COMMON | 15,000.00 |
| Corbett, Alicia<br>Alicia Corbett @ Keller Rohrback<br>3101 N. Central Ave., Suite 1400<br>Phoenix, AZ 85012 | COMMON | 18,000.00 |
| Couri, Bradford B.<br>CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC<br>ONE SOUTH WACKER DRIVE, SUITE 3200<br>CHICAGO, IL 60606 | | 394,095.00 |
| Craig R. Weiss and Erica L. Burech, Trustees of The CWEB Living Trust, as amended, dated November 1, 2011<br>15211 N. Kierland Blvd<br>#200<br>Scottsdale, AZ 45254 | COMMON/TRANSFEREE | 600,000.00 |

| | | |
|---|---|---|
| Craig R. Weiss Three Year Grantor Retained Annuity Trust<br>7 Van Dyck Ct.<br>Potomac, MD 20854 | COMMON | 404,312.00 |
| Damani, Ramesh<br>570 CONNEMARA WAY<br>Sunnyvale, CA 94087 | COMMON | 10,000.00 |
| Deepa Sreenivasan Revocable Trust<br>4201 Via Marina<br>Apt. 202<br>Marina del Rey, CA 90292 | COMMON | 2,500.00 |
| Devin and Tanya Sper<br>Sper Scientific Ltd.; Attn: Devin Sper<br>8281 E. Evans Road, Suite 103<br>Scottsdale, AZ 85260-3612 | COMMON | 50,000.00 |
| Dinner, Kathryn L.<br>156 2nd St.<br>San Francisco, CA 94105 | COMMON | 219,551.00 |
| DNSMORE LLC<br>C/O DAVID CHOW<br>2425 OLYMPIC BLVD, SUITE 4060W<br>Santa Monica, CA 90404 | | 985,237.00 |
| Draizin, Adam<br>6030 E. Hummingbird Lane<br>Paradise Valley, AZ 85253-3648 | COMMON | 150,000.00 |

| | | |
|---|---|---|
| Duella, Erin<br>16017 N. 102ND PL.<br>Scotsdale, AZ 85255 | COMMON | 10,000.00 |
| Ekberg, Bo<br>25, Ince Road<br>Hersham, UK KT12 5BJ | COMMON | 32,500.00 |
| Enginelight & Co. FBO Fidelity Advisor Series VIII:<br>Fidelity Advisor Diversified International Fund<br>State Street Bank & Trust<br>PO Box 5756<br>Boston , MA 02206 | COMMON | 540,905.00 |
| Entrust Arizona FBO Anthony L. Prutting | | 31,500.00 |
| Everest Search Partners<br>Jeff Shapiro/Everest Search Partners<br>400 Main St., # 410<br>Stamford, CT 06901 | COMMON | 37,500.00 |
| Everest Search Partners<br>Jeff Shapiro/Everest Search Partners<br>28 Yael Hagibora St.<br>Modin, Israel | COMMON | 37,500.00 |
| Farguson, Chuck<br>5640 South 32nd Street<br>Mesa, AZ 85205 | COMMON | 73,515.00 |

| | | |
|---|---|---|
| FLAPPER CO. FBO Pyramis Lifecycle Large Cap Stock Commingled Pool<br>C/o State Street Bank & Trust Attn: FLAPPER CO. FBO Pyramis Lifecycle Large Cap Stock Commingled Pool<br>PO Box 5756<br>Boston, MA 02206 | COMMON | 105,279.00 |
| Foster, Jeremiah J.<br>Jeremiah Foster (Propoganda 401K)<br>8443 Mulberry St.<br>Scottsdale, AZ 85251 | COMMON | 10,000.00 |
| Founders Fund IV Principals Fund, LP<br>One Letterman Drive, Building C, Suite 420<br>San Francisco, CA 94123 | COMMON | 809,499.00 |
| Founders Fund IV, LP<br>One Letterman Drive, Building C, Suite 420<br>San Francisco, CA 94123 | COMMON | 809,499.00 |
| GAM Star Alpha Technology<br>c/o GAM International Management Limited<br>12 St. James's Place<br>London, UK SW1A 1NX | COMMON | 403,595.00 |
| GAM Star Technology<br>c/o GAM International Management Limited<br>12 St. James's Place<br>London, UK SW1A 1NX | COMMON | 3,632,381.00 |
| Gaukler, Jimmie<br>248 FAYEMARSH RD<br>Wilmington, NC 28412 | COMMON | 15,000.00 |

| | | |
|---|---|---|
| Gilbert, Kathryn A<br>362 French Court<br>Teaneck, NJ 07666-6478 | COMMON | 5,000.00 |
| Giuliani, Holly<br>6217 W GAMBIT TRL<br>Phoenix, AZ 85083 | COMMON | 2,000.00 |
| GO Mav, LLC<br>2850 Ocean Park Blvd.<br>#300<br>Santa Monica, CA 90405 | COMMON | 400,000.00 |
| Goldmark Venture Partners II - NJOY Series<br>ATTN: ALLAN KAPLAN<br><br>4455 EAST CAMELBACK ROAD, SUITE C140<br>PHOENIX, AZ 85018 | SERIES E-1 | 4,990,019.00 |
| Goldring, Dani<br>16850 Collins Avenue<br>Ste. 112-306<br>North Miami Beach, FL 33160 | COMMON | 1,562.00 |
| Graham, David<br>40230 N 107TH PL<br>Scottsdale, AZ 85262 | COMMON | 50,000.00 |
| Grobstein, Lenore J.<br>1040 E. Osborn<br>#203<br>Phoenix, AZ 85014 | COMMON | 8,333.00 |

| | | |
|---|---|---|
| Gross, Adam<br>6615 Westchester Ave<br>Houston, TX 77005 | COMMON | 100,000.00 |
| Hanson Family Revocable Trust dtd 10/19/88<br>5814 E. Kings Ave.<br>Scottsdale, AZ 85254 | COMMON | 50,000.00 |
| Harrison, Roger | COMMON | 12,000.00 |
| Helland, Terri<br>7961 S. Camino Mirlo<br>Tucson, AZ 85747 | COMMON | 1,250.00 |
| Homewood NJOY Holdings A (QP), LLC<br>ATTN: DOUGLAS TEITELBAUM<br>641 FIFTH AVENUE, PH 4<br>NEW YORK, NY  10022 | | 42,384,883.00 |
| Homewood NJOY Holdings A, LLC<br>ATTN: DOUGLAS TEITELBAUM<br>641 FIFTH AVENUE, PH 4<br>NEW YORK, NY  10022 | | 6,187,286.00 |
| Homewood NJOY Holdings II, L.P.<br>ATTN: DOUGLAS TEITELBAUM<br>641 FIFTH AVENUE, PH 4<br>NEW YORK, NY  10022 | COMMON | 64,446,599.00 |
| Homewood NJOY Holdings III, L.P.<br>ATTN: DOUGLAS TEITELBAUM<br>641 FIFTH AVENUE, PH 4<br>NEW YORK, NY  10022 | SERIES E-2 | 27,445,110.00 |

| | | |
|---|---|---|
| Homewood NJOY Holdings, L.P.<br>399 Park Avenue<br>38th Floor<br>New York, NY 10022 | COMMON | 43,306,699.00 |
| Homewood Principals Holdings A<br>ATTN: DOUGLAS TEITELBAUM<br>641 FIFTH AVENUE, PH 4<br>NEW YORK, NY  10022 | | 3,546,852.00 |
| Ira J. Gaines Revocable Trust<br>7000 N. 16th St.<br>#120-303<br>Phoenix, AZ 85020 | COMMON | 20,000.00 |
| Johnson, Maria<br>21 Anderson Road<br>#09-01<br>Singapore, Singapore 259984 | COMMON | 14,770.00 |
| Kahle, Richard<br>550 W. 45th Street<br>#239<br>New York, NY 10036 | COMMON | 5,000.00 |
| KASRM Family Holdings, LLC<br>Attn: Shari Weiss<br>7342 N Brookview Way<br>Paradise Valley, AZ 85253 | COMMON | 900,000.00 |
| Katell Survivor Trust<br>Attn: Gerald L. Katell<br>100 Wilshire Blvd., Ste. 1830<br>Santa Monica, CA 90401-1184 | COMMON | 5,000.00 |

| | | |
|---|---|---|
| Kelly, Justin<br>4341 E. TURNEY AVE<br>Phoenix, AZ 85018 | COMMON | 17,000 |
| Kern, Jason<br>7208 E. WINGSPAN WAY<br>Scottsdale, AZ 85255 | COMMON | 110,000.00 |
| Khorramian, Shervin<br><br>C/o Altantis Events, Inc. Attn: Shervin Khorramian<br>9200 W. Sunset Blvd, Ste 500<br>West Hollywood, CA 90069-3510 | COMMON | 1,562.00 |
| Kutcher, Christopher | COMMON | 50,000 |
| Lamb, Ted<br>22 Pinnacle Rd<br>Prescott, AZ 86305 | COMMON | 132,000.00 |
| Lasensky, David<br>43 Boot Rd.<br>Newtown Sq, PA 19073 | COMMON | 8,822.00 |
| Lezalla, Alan<br>c/o Financial Facilitators<br>9430 E Mission Lane #207<br>Scottsdale, AZ 85258 | COMMON | 56,380.00 |
| Lieberman, Dan<br>815 E. Orangewood Ave.<br>Phoenix, AZ 85020 | COMMON | 50,000.00 |

| | | |
|---|---|---|
| M Gardiner & Co fbo Fidelity Advisor Series I: Fidelity Advisor Equity Growth Fund C/O JPMorgan Chase Bank, N.A. PO Box 35308 Newark , NJ 07101-8006 | COMMON | 202,642.00 |
| M Gardiner & Co fbo Fidelity Advisor Series I: Fidelity Advisor Growth & Income Fund  M.Gardiner & Co C/O JPMorgan Chase Bank, N.A P.O. Box 35308 Newark, NJ 07101-8006 | COMMON | 52,210.00 |
| M Gardiner & Co FBO Fidelity Investment Trust: Fidelity Diversified International Fund C/O JPMorgan Chase Bank, N.A. PO Box 35308 Newark , NJ 07101-8006 | COMMON | 9,361,811.00 |
| M Gardiner & Co fbo Variable Insurance Products Fund III: Growth & Income Portfolio C/O JPMorgan Chase Bank, N.A. PO Box 35308 Newark , NJ 07101-8006 | COMMON | 95,072.00 |
| M. Gardiner & Co FBO Fidelity Securities Fund: Fidelity Blue Chip Growth Fund C/O JPMorgan Chase Bank, N.A. PO Box 35308 Newark , NJ 07101-8006 | COMMON | 8,088,439.00 |

| | | |
|---|---|---|
| Mag & Co fbo Fidelity Advisor Series 1: Fidelity Advisor Large Cap Fund<br>C/o Brown Brothers Harriman & Co., Attn: Michael Lerman<br>15th Floor, Corporate Actions, 525 Washington Blvd<br>Jersey City, NJ 07310 | COMMON | 52,386.00 |
| Mag & Co FBO Fidelity Commonwealth Trust: Fidelity Large Cap Stock Fund<br>C/o Brown Brothers Harriman & Co., Attn: Michael Lerman<br>15th Floor, Corporate Actions, 525 Washington Blvd<br>Jersey City, NJ 07310 | COMMON | 88,829.00 |
| Mag & Co fbo Fidelity Group Trust for Employee Benefit Plans: Fidelity Growth Company Commingled Pool<br>C/o Brown Brothers Harriman & Co., Attn: Michael Lerman<br>15th Floor, Corporate Actions, 525 Washington Blvd<br>Jersey City, NJ 07310 | COMMON | 192,165.00 |
| Mag & Co fbo Fidelity Hastings Street Trust: Fidelity Growth Discovery Fund<br>C/o Brown Brothers Harriman & Co., Attn: Michael Lerman<br>15th Floor, Corporate Actions, 525 Washington Blvd<br>Jersey City, NJ 07310 | COMMON | 56,145.00 |
| Marbre Services Limited | COMMON | 354,468.00 |

| | | |
|---|---|---|
| Mark L. Wilkie Living Trust<br>820 Teaberry<br>Commerce, MI 48390 | COMMON | 784,208.00 |
| Mark's Family Holdings, LLC<br>Attn: Mark Weiss<br>7342 N Brookview Way<br>Paradise Valley, AZ 85253 | COMMON | 900,000.00 |
| Marshal Hemmings Trust<br>1801 Century Park East, #1250<br>Los Angeles, CA 90067 | COMMON | 382,815.00 |
| Maurici, Vito<br>3020 WESTMINSTER AVE<br>Dallas, TX 75205 | COMMON | 125,000.00 |
| Maybaum, Michael<br>29721 FOOTE RD<br>Bay Village, OH 44140 | COMMON | 105,000.00 |
| McCallister, Michael<br>13124 E. Goldburst Ave.<br>Scottsdale, AZ 85259 | COMMON | 12,500.00 |
| McFerren, Allison<br>15509 N SCOTTSDALE RD #4005<br>Scottsdale, AZ 85254 | COMMON | 25,000.00 |
| McMurry III, Preston V.<br>5230 N. 23rd St.<br>Phoenix, AZ 85016-3505 | COMMON | 219,551.00 |

| | | |
|---|---|---|
| McMurry, Preston<br>5230 N. 23rd St.<br>Phoenix, AZ 85016-3505 | COMMON | 350,365.00 |
| Menistein, Mark<br>407 Manila Ave.<br>Long Beach, CA 90814 | COMMON | 8,000.00 |
| Meteor Investments, LLC<br>Attn: Jacques Levy<br>2127 Brickell Avenue, Apt. 3901<br>Miami, FL 33129 | COMMON | 23,632.00 |
| Michael Goldfarb<br>5322 E. Anderson Dr.<br>Scottsdale, AZ 85254 | COMMON | 12,500.00 |
| Michael S. Agee Revocable Trust<br>8827 Evanview Dr.<br>Los Angeles, CA 90063 | COMMON | 5,000.00 |
| Michelin, Jordan<br>10338 Ashley Street<br>Huntley, IL 60142 | COMMON | 10,000.00 |
| Miller Capital Corporation<br>4900 N. Scottsdale Rd<br>Suite 3800<br>Scottsdale, AZ 85251 | COMMON | 290,977.00 |

| | | |
|---|---|---|
| Morgan Stanley Institutional Fund, Inc. - Small Company Growth Portfolio<br><br>c/o Morgan Stanley Investment Managements Inc.<br>522 Fifth Avenue<br>New York, NY 10036 | COMMON | 3,668,606.00 |
| Morgan Stanley Investment Management Small Company Growth Trust<br><br>c/o Morgan Stanley Investment Managements Inc.<br>522 Fifth Avenue<br>New York, NY 10036 | COMMON | 655,662.00 |
| Mottola, Thomas D<br>C/o Vincent Andrews Management Corp.<br>23 Old Kings Highway S., Suite 200<br>Darien, CT 06820 | COMMON | 88,621.00 |
| Murphy Family Trust<br>9297 N 129 Place<br>Scottsdale, AZ 85259 | COMMON | 200,000.00 |
| NJAZ1, LLC<br>ATTN: ALLAN KAPLAN<br><br>15210 NORTH SCOTTSDALE ROAD, SUITE 819<br>SCOTTSDALES, AZ 85255 | SERIES E-1 | 3,253,493.00 |
| NJOY - BDJTS, LLC<br>15211 N. Kierland Blvd.<br>Suite 200<br>Scottsdale, AZ 85254 | COMMON | 19,480.00 |

| | | |
|---|---|---|
| NJOY Investments, LLC<br>15211 N. Kierland Blvd.<br>Suite 200<br>Scottsdale, AZ 85254 | COMMON | 2,088,000.00 |
| Opp, Jeff<br>6970 TICONDEROGA TRAIL<br>Eden Prairie, MN 55346 | COMMON | 15,000.00 |
| Pastore, Frank<br>1542 Francis Way<br>Upland , CA 91786 | COMMON | 4,167.00 |
| Patterson, John | COMMON | 11,000.00 |
| Perlman, Raymond<br>4538 North 16th Street<br>Phoenix, AZ 85016 | COMMON | 7,625.00 |
| Perlman, Ruth Ann<br>4538 North 16th Street<br>Phoenix, AZ 85016 | COMMON | 7,626.00 |
| PGH Living Trust | COMMON | 12,987.00 |
| POWHATAN & CO., LLC/FBO FIDELITY MT VERNON STREET TRUST FIDELITY GROWTH COMPANY FUND | COMMON | 17,666,069 |
| Primatec Holdings, S.A.<br><br>Edificio Centro Magna, Piso 5, Of. 512-A, Avenida Ricardo Arango, Calle Manual Maria Icaza<br>Panama City, Panama | COMMON | 201,797.00 |

| | | |
|---|---|---|
| Propaganda 401K FBO Jeremiah J. Foster | COMMON | 40,000.00 |
| Quintana, Reynaldo<br>1040 WALLEA DR<br>Menlo Park, CA 94025 | COMMON | 5,000.00 |
| Rabinowitz, Joshua<br>2 Greenholm Street<br><br>Princeton, NJ 08540 | BOARD MEMBER,<br>OFFICER, COMMON | 260,000.00 |
| Rappaport, Mark<br>11872 N 112TH WAY<br>Scottsdale, AZ 85259 | COMMON | 5,000.00 |
| Remm, Eugene<br>4100 14th Street, Suite 301<br>New York, NY 10014 | COMMON | 25,000.00 |
| Rick and Shirley Brown | COMMON | 55,556.00 |
| Rotellini, Mark<br>6901 E Chauncey Lane, Apt 1156<br>Phoenix, AZ 85054 | COMMON | 1,250.00 |
| Rothko Picasso, Inc.<br>C/o McMurry, Inc., Attn: Chris McMurry<br>5230 N. 23rd Street<br>Phoenix, AZ 85016-3505 | COMMON | 117,113.00 |

| | | |
|---|---|---|
| Rowboat & Co FBO Fidelity Destiny Portfolios:<br>Fidelity Advisor Diversified Stock Fund<br>State Street Bank & Trust<br>PO Box 5756<br>Boston, MA 02206 | COMMON | 787,486.00 |
| ROWWATER & CO. Fidelity Destiny Portfolios:<br>Fidelity Advisor Capital Development Fund<br>State Street Bank & Trust<br>PO Box 5756<br>Boston, MA 02206 | COMMON | 273,849.00 |
| Rubin, Michele<br>7 Acken Dr.<br>Clark, NJ 07066 | COMMON | 4,778.00 |
| Rubin, Sarah<br>7 Acken Dr.<br>Clark, NJ 07066 | COMMON | 6,111.00 |
| Scatterday, Mark<br>6931 E Rancho Vista Drive<br>Scottsdale, AZ 85251 | COMMON | 400,000.00 |
| Schmidt, Wolfgang<br>1919 ALAMEDA DE LAS PULGAS #62<br>San Mateo, CA 94403 | COMMON | 5,000.00 |
| SDV US Investments LLC<br>ATTN: BARRY VOGEL<br>116 CARIBOU ROAD<br>TORONTO, ONTARIO, CANADA M5N 2B2 | | 1,970,473.00 |

| | | |
|---|---|---|
| Semel #2, Dr. Chester James<br>Attn: Chester Semel, Trustee<br>926 N. Alpine Drive<br>Beverly Hills, CA 90210 | COMMON | 56,347.00 |
| Semel Family Trust UDT dtd 8/14/91<br>Attn: Chester Semel, Trustee<br>926 N. Alpine Drive<br>Beverly Hills, CA 90210 | COMMON | 2,171,895.00 |
| Semel, Dr. Chester James<br>Attn: Chester Semel, Trustee<br>926 N. Alpine Drive<br>Beverly Hills, CA 90210 | COMMON | 936,483.00 |
| Sheehan, Michael<br>6752 DEERWOOD DRIVE<br>Riverside, CA 92506 | COMMON | 10,000.00 |
| Silver Rock Financial LLC<br>c/o Mike Skarda and Michael Haberkorn<br>1250 Fourth Street, 5th Floor<br>Santa Monica, CA 90401 | COMMON | 985,237.00 |
| Silver Rock Financial LLC<br>c/o David Chow<br>2425 OLYMPIC BLVD, SUITE 4060W<br>Santa Monica, CA 90404 | COMMON | 985,237.00 |
| Singer, Arthur<br>155 West 21st. St.<br>New York, NY 10011 | COMMON | 33,333.00 |

| | | |
|---|---|---|
| Sirinyan, Mark<br>2127 Brickell Avenue, Apt. 1802<br>Miami, FL 33129 | COMMON | 11,816.00 |
| Smokeless Members, LLC<br><br>C/o American Traffic Solutions, Attn: Adam Draizin<br>7681 E. Gray Road<br>Scottsdale, AZ 85260-3469 | COMMON | 500,000.00 |
| Smokeless Partners, LLC<br><br>C/o American Traffic Solutions, Attn: Adam Draizin<br>7681 E. Gray Road<br>Scottsdale, AZ 85260-3469 | COMMON | 342,826.00 |
| SNP Ventures, L.P.<br>Attn: Michael Polansky<br>2 Mint Plaza #501<br>San Francisco, CA 94103 | COMMON | 8,883,421.00 |
| Sohn, Paul C<br>34 Laight Street, Apt 5s<br>New York, NY 10013 | COMMON | 288,282.00 |
| Storde, Darren | COMMON | 5,000.00 |
| Strand Equity Partners, LLC<br>c/o TCS Group, LLC<br>1 N. Wacker Drive, Suite 3605<br>Chicago , IL 60606 | COMMON | 9,031,718.00 |

| | | |
|---|---|---|
| Sunshine Finance LLC<br>ATTN: LEGAL<br>225 EAST DEERPATH ROAD, SUITE 210<br>LAKE FOREST, IL 60045 | | 7,881,894.00 |
| Tammy Crawford Survivors Trust<br>160 N Shore Ln<br>Gilbert, AZ 85233 | COMMON | 84,520.00 |
| TGS NJOY LLC<br>c/o The Trisiras Group, Attn: Kal Vepuri<br>110 Terry Drive, Suite 100<br>Newton, PA 18940 | COMMON | 288,282.00 |
| The Bradsher T. Scott Trust Dated November 9, 2009<br>210 Culpeper Road<br>Richmond, VA 23229 | COMMON | 50,000.00 |
| The Chessed Charitable Remainder Unitrust, dated November 12, 2014, with Craig R. Weiss and Erica L. Burech as trustees<br>15211 N. Kierland Blvd. Suite 200<br>Scottsdale , AZ 85254 | COMMON | 100,000.00 |
| The Colin Laberge Educational Trust<br>C/o McMurry, Inc., Attn: Chris McMurry<br>5230 N. 23rd Street<br>Phoenix, AZ 85016-3505 | COMMON | 28,684.00 |
| The Colin S. Brooke Trust - 1997<br>6713 North 25th St.<br>Arlington, VA 22213 | COMMON | 700.00 |

| | | |
|---|---|---|
| The Exemption Trust under The Weiss Family Trust Dated January 30, 2004<br>5200 Keller Springs Road, #221<br>Dallas, TX 75248 | | 300,000.00 |
| The Jason R. Brooke Trust - 1997<br>6713 North 25th St.<br>Arlington, VA 22213 | COMMON | 700.00 |
| The Jewish Collection, LLC<br>Attn: Zach Brooks<br>7601 N. 11th Street<br>Phoenix, AZ 85020 | COMMON | 1,667.00 |
| The Matthew McMurry Educational Trust<br>C/o McMurry, Inc., Attn: Chris McMurry<br>5230 N. 23rd Street<br>Phoenix, AZ 85016-3505 | COMMON | 28,684.00 |
| The Pignotti Company<br>Pignotti Company<br>7628 E. Pontebella Dr.<br>Scottsdale, AZ 85266 | COMMON | 1,667.00 |
| The Rachel E. Brooke Trust - 1997<br>6713 North 25th St.<br>Arlington, VA 22213 | COMMON | 700.00 |
| The Reva Shakkottai Trust<br>301 28th Street<br>Manhattan Beach, CA 90266 | COMMON | 5,000.00 |

| | | |
|---|---|---|
| The Robin P. Brooke Trust - 1997<br>6713 North 25th St.<br>Arlington, VA 22213 | COMMON | 700.00 |
| The Simon W. Brooke Trust - 1997<br>6713 North 25th St.<br>Arlington, VA 22213 | COMMON | 700.00 |
| The Weiss-Burech Children's Irrevocable Trust<br>7 Van Dyck Ct.<br>Potomac, MD 20854 | COMMON | 244,623.00 |
| The William McMurry Educational Trust<br>C/o McMurry, Inc., Attn: Chris McMurry<br>5230 N. 23rd Street<br>Phoenix, AZ 85016-3505 | COMMON | 28,684.00 |
| The Wurtman Ner David Foundation, Inc.<br>C/o Robert Finkel, Esq.<br>60 Walnut Street, 4th Floor<br>Wellesley, MA 02481 | | 100,000.00 |
| Thompson, Triplett<br>20100 N.78TH PLACE #1195<br>Scottsdale, AZ 85255 | COMMON | 20,000.00 |
| Unangst, Michael<br>3225 KENSINGTON AVE<br>Richmond, VA 23221 | COMMON | 60,000.00 |
| Ungar M.D., Dr. Ira H.<br>820 E. Circle Road<br>Phoenix, AZ 85020 | COMMON | 8,822.00 |

| | | |
|---|---|---|
| Vantage FBO Donald Schaper Roth IRA<br>1430 E. Missouri Ave #105<br>Phoenix, AZ 85014 | COMMON | 5,000.00 |
| VANTAGE FBO RANDALL JOSELIT ROTH IRA<br>208620 N. Tatum Blvd, Suite 240<br>Phoenix, AZ 85050 | COMMON | 20,000.00 |
| Vapor Partners, LLC<br>800 Third Avenue, 10th Floor<br>New York, NY 10022 | COMMON | 337,662.00 |
| Velos Partners Fund I, LP<br>10960 Wilshire Blvd.<br>Suite 1420<br>Los Angeles, CA 90024 | COMMON | 548,528.00 |
| Vermilion Capital Series 2012A LLC<br>8701 South Hardy Drive<br>Tempe, AZ 85284 | COMMON | 6,747,986.00 |
| Vogel, Barry<br>116 Caribow Road<br>Toranto, Ontario, Canada M5N2B2 | COMMON | 100,000.00 |
| VRTrader.com Inc. 401K Plan<br>7119 E Shea Blvd<br>#109-426<br>Scottsdale, AZ 85254 | COMMON | 25,054.00 |
| Watson, David | COMMON | 100,000.00 |

| | | |
|---|---|---|
| WAVELENGTH + CO fbo Fidelity Mt. Vernon Street Trust: Fidelity Series Growth Company Fund<br>State Street Bank & Trust<br>PO Box 5756<br>Boston, MA 02206 | COMMON | 881,087.00 |
| Weiss & Moy, P.C.<br>Attn: Farley Weiss<br>4204 North Brown Avenue<br>Scottsdale, AZ 85251 | COMMON | 67,250.00 |
| Weiss Family Trust<br>5200 Keller Springs Road, #113<br>Dallas, TX 75248 | COMMON | 300,000.00 |
| Weiss, Farley<br>c/o Weiss & Moy<br>4204 N Brown Ave<br>Scottsdale, AZ 85251 | COMMON | 982,639.00 |
| Weiss, Felicia<br>5200 Keller Springs Road, #113<br>Dallas, TX 75248 | COMMON | 10,000.00 |
| Weiss, Gail<br>6713 N. 25th Street<br>Arlington, VA 22213 | COMMON | 6,000.00 |
| Weiss, Jeffrey<br>7 Van Dyck Ct.<br>Potomac, MD 20854 | COMMON/BOARD MEMBER | 827,792.00 |

| | | |
|---|---|---|
| Weiss, Joshua<br>7 Van Dyck Ct.<br>Potomac, MD 20854 | COMMON | 447,408.00 |
| Weiss, Mark<br>4204 N. Brown Avenue<br>Phoenix, AZ 85251 | COMMON | 400,000.00 |
| Weiss, Naomi<br>POB 45407<br>Phoenix, AZ 85064-5407 | COMMON | 5,709.00 |
| WELLWATER LLC<br>C/O DAVID CHOW<br>2425 OLYMPIC BLVD, SUITE 4060W<br>Santa Monica, CA 90404 | | 1,970,473.00 |
| Wentworth Webb & Postal, LLC 401 (K) and Profit Sharing Plan FBO Daniel Postal<br>Deron Webb/Daniel Postal<br>2701 E. Camelback Rd. #185<br>Phoenix, AZ 85016 | COMMON | 50,000.00 |
| Wentworth Webb & Postal, LLC 401 (K) and Profit Sharing Plan FBO Deron Webb<br>Deron Webb/Daniel Postal<br>2701 E. Camelback Rd. #185<br>Phoenix, AZ 85016 | COMMON | 50,000.00 |
| Williams, Mark | COMMON | 30,000.00 |
| Willman, Bryan<br>10901 80th Place NE<br>Kirkland, WA 98034 | COMMON | 200,000.00 |

| Name and Address | Class | Amount |
|---|---|---|
| Woodburn Holdings, II, S.A.<br><br>Edificio Centro Magna, Piso 5, Of. 512-A, Avenida Ricardo Arango, Calle Manual Maria Icaza<br>Panama City, Panama | COMMON | 374,767.00 |
| Woodnick, Gregg<br>8912 N. 86th Street<br>Scottsdale, AZ 85028 | COMMON | 10,000.00 |
| Wurtman, Elie<br>17 Beitar St.<br>Jerusalem, Israel | COMMON/BOARD MEMBER | 925,018.00 |
| Yadgarov, Robert<br>162 W. Penn Street<br>Long Beach, NY 11561 | COMMON | 38,900.00 |
| Yang, Christopher<br>305 Parish Walk<br>Elgin, SC 29045 | COMMON | 5,000.00 |
| YMB Irrevocable Trust<br>4204 N. Brown Avenue<br>Scottsdale, AZ 85251 | COMMON | 204,544.00 |
| Zall, Bradley S.<br>4929 E. Cochise Road<br>Paradise Valley, AZ 85253 | COMMON | 5,000.00 |
| ZBC, Inc.<br>7601 N. 11th Street<br>Phoenix, AZ 85020-4110 | COMMON | 5,000.00 |