**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| NJOY, Inc. | : | Case No. 16-2076 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Caesars Entertainment Operating Company and Caesars Entertainment Resort Properties, LLC**, Attn: Jason Gastwirth, One Caesar Palace Drive, Las Vegas, Nevada 89109, Phone: 702-407-6002; Fax: 702-407-6237

2. **Joshua Rabinowitz**, 2 Greenholm Street, Princeton, NJ 08540, Phone: 650-906-3857

3. **The H. T. Hackney Co.**, Attn: Tim Rowe, 502 S. Gay Street, Knoxville, TN 37902, Phone: 865-546-1291


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ David L. Buchbinder for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: September 28, 2016

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Brya Keilson, Esq., Phone: 302-416-3355, Fax: 302-425-5814