IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NJOY, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 16-12076 (CSS) <br><br> RE: D.I. 18, 88 and 104 |

**CERTIFICATION OF COUNSEL REGARDING ORDER
(A) APPROVING BID PROCEDURES IN CONNECTION WITH THE
SALE OF SUBSTANTIALLY ALL, OR A SUBSET, OF THE DEBTOR'S ASSETS,
(B) APPROVING THE FORM AND MANNER OF NOTICE THEREOF,
(C) SCHEDULING AN AUCTION AND A SALE HEARING,
(D) APPROVING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT
OF CONTRACTS AND LEASES, AND (E) GRANTING RELATED RELIEF**

I, Brya M. Keilson, Esquire, of Gellert Scali Busenkell & Brown, LLC, proposed counsel to NJOY, Inc. ("Debtor"), hereby certify the following:

1. On September 16, 2016, the Debtor filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code.

2. On September 20, 2016, the Debtor filed the *Debtor's Motion for Entry of (I) An Order (A) Approving Bid Procedures in Connection With The Sale of Substantially All, or a Subset, of the Debtors Assets, (B) Approving the Form and Manner of Notice Thereof (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) An Order (A) Approving the Asset Purchase Agreement Between the Debtor and Purchaser, (B) Authorizing the Sale of Substantially All, or a Subset, of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting the Related Relief* (D.I. 18) ("Bid Procedures Motion").

3. On October 4, 2016, Kierland Greenway, LLC ("Kierland") filed the *Limited Objection of Kierland Greenway, LLC to Debtor's Motion for Entry of (I) an Order (A)*

*Approving Bid Procedures in Connection With The Sale of Substantially All, or a Subset, of the Debtors Assets, (B) Approving the Form and Manner of Notice Thereof (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) An Order (A) Approving the Asset Purchase Agreement Between the Debtor and Purchaser, (B) Authorizing the Sale of Substantially All, or a Subset, of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting the Related Relief* (D.I. 88) ("Kierland Objection").

4. On October 5, 2016, the Official Committee of Unsecured Creditors ("Committee") filed the *Objection of the Official Committee of Unsecured Creditors to Debtor's Motion for Entry of (I) an Order (A) Approving Bid Procedures in Connection With The Sale of Substantially All, or a Subset, of the Debtors Assets, (B) Approving the Form and Manner of Notice Thereof (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) An Order (A) Approving the Asset Purchase Agreement Between the Debtor and Purchaser, (B) Authorizing the Sale of Substantially All, or a Subset, of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting the Related Relief* (D.I. 104) ("Committee Objection").

5. Proposed counsel to the Debtor also received certain informal comments from the Office of the United States Trustee ("U.S. Trustee") and from Fontem Ventures B.V. ("Fontem")

6. Pursuant to the *Order Shortening Notice Period in Connection with Relief Requested in Debtor's Motion for Entry of (I) an Order ((A) Approving Bid Procedures in Connection With The Sale of Substantially All, or a Subset, of the Debtors Assets, (B) Approving*

*the Form and Manner of Notice Thereof (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) An Order (A) Approving the Asset Purchase Agreement Between the Debtor and Purchaser, (B) Authorizing the Sale of Substantially All, or a Subset, of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting the Related Relief* (D.I. 32) ("Order Shortening Notice"), the United States Bankruptcy Court for the District of Delaware heard the Bid Procedures Motion, on October 7, 2016, at 11:00 a.m. ("Hearing").

7. The proposed form of order ("Proposed Order") granting the Bid Procedures Motion attached as Exhibit A hereto resolves the Kierland Objection, the Committee Objection, the informal comments of the U.S. Trustee and the informal comments of Fontem. Attached as Exhibit B is a red-lined copy of the Proposed Order showing changes to the proposed form of order filed with the Bid Procedures Motion.

8. The Proposed Order has been shared with counsel to Kierland, the Committee, the U.S. Trustee and Fontem, all of whom have no objection to the Proposed Order attached as Exhibit A.

9. Pursuant to the Order Shortening Notice and the *Notice of Motion* (D.I. 46), the deadline to answer, object or otherwise respond to the Bid Procedures Motion was 4:00 p.m. on September 30, 2016. Other than as reflected herein, Debtor's proposed counsel has received no answer, objection or other responsive pleading to the Bid Procedures Motion. Furthermore, Debtor's proposed counsel has reviewed the Court's docket in this case and, other than as

described herein, no answer, objection or other responsive pleading to the Bid Procedures Motionappears thereon.

10. The Debtor respectfully requests that the Court enter the Proposed Order attached hereto as <u>Exhibit A</u> at its earliest convenience.

Respectfully submitted,

Dated: October 7, 2016  GELLERT SCALI BUSENKELL & BROWN, LLC
Wilmington, Delaware

<u>/s/ Brya M. Keilson</u>
Michael Busenkell (No. 3933)
Ronald S. Gellert (No. 4259)
Brya M. Keilson (No. 4643)
1201 N. Orange St., Ste. 300
Wilmington, DE 19801
Phone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
          rgellert@gsbblaw.com
          bkeilson@gsbblaw.com

*Proposed Counsel for NJOY, Inc.,*
*Debtor and Debtor-in- Possession*