# Exhibit "A"

**THE UNITED BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NJOY, INC.,[1] | Case No. 16-12076 (CSS) |
| Debtor. | **Objection Deadline: March 23, 2017 at 4:00 p.m. ET**<br>**Hearing Date:  April 11, 2017 at 10:00 a.m. ET** |

**STIPULATION BETWEEN DEBTOR AND THE COMMITTEE REGARDING**
**AUTHORITY TO PROSECUTE CERTAIN ACTIONS**

The Debtor, NJOY, Inc. ("Debtor"), by and through its undersigned counsel and the Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, hereby stipulate (the "Stipulation") and agree as follows:

**RECITALS**

*Whereas*, on September 16, 2016, (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code").

*Whereas*, on the Petition Date, the Debtor filed the *Declaration of Jeffrey Weiss, Interim President and General Counsel, In Support of First Day Motions* (the "Weiss Declaration") [D.I. 4].

*Whereas*, since the Petition Date, the Debtor continues to operate its business and manage its properties as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The last four digits of the Debtor's federal tax identification number are 6013.  The Debtor's mailing address and principal place of business is 15211 N. Kierland Blvd., Suite 200, Scottsdale, Arizona 85254.

*Whereas*, no trustee of examiner has been appointed or requested in the Debtor's chapter 11 case.

*Whereas,* on September 28, 2016, the United States Trustee appointed the Committee as the statutory fiduciary for the Debtor's unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [D.I. 64].

*Whereas*, on October 26, 2016, an order approving Fox Rothschild LLP as counsel to the Committee was entered, *nunc pro tunc* to September 27, 2016.

*Whereas*, according to the Debtor, it is the leading independent manufacturer and distributor of electronic nicotine delivery systems (ENDS)- primarily e-cigarettes and vaping products – in the United States, selling its products directly to major wholesalers, distributors and retailers.

**Whereas**, on September 20, 2016, Debtor filed its Motion For Sale of Property Free and Clear of Liens Pursuant to §363(f) (the "Sale Motion") [D.I. 18].  The Sale Motion sought to sell substantially all of Debtor's assets.

*Whereas*, after negotiations with a number of parties, and an auction held on November 2, 2016 (the "Auction"), NJOY Acquisition LLC was deemed the successful bidder [D.I. 218].

*Whereas*, on November 15, 2016, the Asset Purchase Agreement between the Debtor and NJOY Acquisition (the "APA") and the Sale to NJOY Acquisition was approved by the Court [D.I. 259].

*Whereas*, Closing on the Sale took place on February 16, 2017 [D.I. 399].

*Whereas*, pursuant to the APA, the Debtor retained certain assets that were not sold to NJOY Acquisition.  Such assets included certain bankruptcy avoidance actions (the "Avoidance Action Claims") and director and officer liability claims (the "D&O Claims" and with the

2

Avoidance Action Claims, collectively, the "Retained Claims") as set forth more fully in Sections 2.2(e) and (f) of the APA.

*Whereas*, Debtor has reduced its staff to just one representative and such representative is an officer and director of the Debtor and therefore is not in a position to and would not initiate litigation against current and former directors and officers.

*NOW, THEREFORE*, intending to be legally bound hereby and subject to the approval of this Court, the Debtor and the Committee hereby stipulate and agree as follows:

1.      The Debtor hereby acknowledges that it does not intend to prosecute the Retained Actions on behalf of the Debtor's estate.

2.      The Debtor consents to the Committee investigating, initiating, filing, prosecuting, litigating to judgment and/or settling the Retained Claims on behalf of the Debtor's estate.

3.      The Bankruptcy Court shall retain jurisdiction to decide any matters arising from this Stipulation.

4.      Debtor's counsel hereby certifies that he has fully explained this Stipulation and Order, its terms and implications, to the Debtor and has fully advised the Debtor of its rights and obligations in connection with this Stipulation.

5.      This Stipulation may be executed in counterparts, and a facsimile signature shall

3

be deemed to be and shall have the same force and effect as an original signature.


**FOX ROTHSCHILD LLP**
*Attorneys for the Official Committee of*
*Unsecured Creditors of NJOY, Inc.*


*/s Martha B. Chovanes*
Martha B. Chovanes
2000 Market Street, 20th Floor
Philadelphia, PA 19118
Tele: (215) 299-2000
mchovanes@fosrothschild.com


Date:  February 28, 2017

**GELLERT SCALI BUSENKELL &**
**BROWN, LLC**
*Attorneys for Debtor NJOY, Inc.*


*/s Michael Busenkell*
Michael Busenkell
1201 N. Orange Street, Ste. 300
Wilmington, DE 19801
Tele: (302) 425-5800
mbusenkell@gsbblaw.com


Date:  February 28, 2017

ACTIVE\44561412.v1-3/8/17