**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NJOY, Inc.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 16-12076 (CSS) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that that I, L. John Bird, hereby certify that on the 16th day of November, 2017, true and correct copies of **Trustee's First Set of Requests for Production of Documents** (attached hereto as Exhibit A) were served upon the following via First Class Mail:

Mr. Adam Draizin
c/o American Traffic Solutions
1150 N. Alma School Road
Mesa, AZ  85201

Craig R. Weiss
6815 Berneil Drive
Paradise Valley, AZ  85253

Mr. Elie Wurtman
17 Betar Street, No. 4
Talpiot, Jerusalem 93386
ISRAEL

Jeffrey L. Weiss
7 Van Dyck Ct.
Potomac, MD  20854

Mr. John Bax
967 Fairfield Dr.
Marietta, GA  30068

Mr. Josh Rabinowitz
2 Greenholm Street
Princeton, NJ  08540

JGB Capital
21 Charles St.
Westport, CT  06880

L. Catterton
599 W. Putnam Ave
Greenwich, CT  06830

Levoyd E. Robinson, Trustee of the
Bradford B. Couri Legacy Trust
U/A/D/ 12/20/12
2905 Colfax Street
Evanston, IL  60201

Lincoln International LLC
633 West Fifth Street, Suite 6650
Los Angeles, CA  90071

Marsh USA LLC
2325 E. Camelback Rd., Suite 600
Phoenix, AZ  85016

Medley Capital
280 Park Ave., 6th Floor East
New York, NY  10017

Mr. Michael Farello
599 W. Putnam Ave.
Greenwich, CT  06830

Mr. Michael Rubin
P.O. Box 6217
East Brunswick, NJ  08816

Mr. Paul Sturman
5 Coddington Lane
Califon, NJ  07830

Mr. Richard Carmona
8600 E. Rockcliff Rd.
Tucson, AZ  85750

Mr. R.J. Nicolosi
296 N. Columbia
Bexley, OH  43209

Nicholas Miller
Neal, Gerber & Eisenberg LLP
Two North LaSalle St., Suite 1700
Chicago, IL  60602-3801

Adam Paul
Kirkland & Ellis
300 North LaSalle
Chicago, IL  60654

Able Co.
598 Broadway
New York, NY  10012

Adam Tuton
1150 N. Alma School Rd.
Mesa, AZ  85201

Aerospec, Inc.
505 E. Alamo Dr.
Chandler, AZ  85225

Ansari 3 Twelve LLC II
225 East Deerpath Road, Suite 210
Lake Forest, IL  60045

Medley Capital, LLC
280 Park Ave., 6th Floor East
New York, NY  10017

Meteor Investments, LLC
2711 Centerville Rd., Suite 400
Wilmington, DE  19801

Kurt Miklinski
3003 Tasman Dr.
Santa Clara, CA  95054

Miller Captial Corporation
7025 N. Scottsdale Rd.
Paradise Valley, AZ  85253

Monomoy Capital Management, LP
142 West 57th St.
New York, NY  10019

NorthCreek Mezzanine Fund II, LP
312 Walnut St., Suite 2310
Cincinnati, OH  45202

Orbimed Adviors, LLC
601 Lexington Ave., 54th Floor
New York, NY  10022

Peak Rock Capital
13413 Galleria Cir., Q-300
Austin, TX  78738

Pine River Capital Management
601 Carlson Parkway
Minnetonka, MN  55306

Leslie Quick
2500 Plaza 5
Jersey City, NJ  07311

Razi Capital Group, Inc.
23046 Avenida de la Carlota, Suite 600
Laguna Hills, CA  92653

Realization Services, Inc.
P.O. Box 189
Bedford Hills, NY  10507

Ares Capital Corporation
245 Park Ave., 44th Floor
New York, NY  10167

Axcentria Pharmaceuticals, LLC
306 Keystone Dr.
Telford, PA  18969

Bain Capital, LLC
590 Madison Avenue, 42nd Floor
New York, NY  10022

Ballantyne Brands, LLC
5010 Manchineel Lane
Monroe, NC  28110

Bank of America Merrill Lynch
540 West Madison, Suite 2200
Chicago, IL  60661

Barclays
745 Seventh Avenue
New York, NY  10009

BDA Partners, Ltd.
1270 Avenue of the Americas, Suite 2901
New York, NY  10020

Brookside Equity Partners, LLC
One Stamford Forum
201 Tresser Blvd.
Stamford, CT  06901

Chicago Fundamental Investment Partners, LLC
One South Wacker Drive, Suite 3200
Chicago, IL  60606

Courage Capital Management
4400 Harding Rd., Suite 503
Nashville, TN  37205

Cribro Pharma, LLC
320 NE 12th Ave.
Fort Lauderdale, FL  33301

Reedland Capital Partners
30 Sunnyside Avenue
Mill Valley, CA  94941

Renova US Management, LLC
900 Third Ave., 19th Floor
New York, NY  10022

Reprisal Capital Partners, LLC
187 Wolf Rd., Suite 101
Albany, NY  12205

Reynolds American, Inc.
401 N. Main St.
P.O. Box 2990
Winston-Salem, NC  27101

Saints Capital Services, LLC
2020 Union St.
San Francisco, CA  94123

Salus Capital Partners
197 1st Ave.
Needham Heights, MA  02494

Salus Capital Partners
208 E. 51st St.
Suite 199
New York, NY  10022-6557

SDV US Investments Inc.
116 Caribou Rd
Toronto, Ontario  M5N 2B2
CANADA

Sherman Capital Markets
200 Meeting St., #206
Charleston, SC  29401

SierraConstellation Partners LLC
400 S. Hope St., Suite 1050
Los Angeles, CA  90071

Silver Lake Waterman Management Company
2775 Sand Hill Rd., #100
Menlo Park, CA  94025

DNSMORE LLC
2425 Olympic Boulevard
Suite 4060W
Santa Monica, CA  90404

Fidelity Investment
245 Summer St V11E
Boston, MA  02210

FLFC Lending Co.
599 W. Putnam Ave
Greenwich, CT  06830

Fortress Investment Group
1345 Avenue of the Americas
46th Floor
New York, NY  10105

Jeremiah Foster
7201 E. Camelback Rd., Suite 250
Scottsdale, AZ  85251

Founders Fund
One Letterman Drive
Building D, 5th Floor
San Francisco, CA  94129

GAM International Management, Ltd.
20 King St.
London, SW1Y 6QY
UNITED KINGDOM

Glenn Toby Enterprises
2625 Piedmont Rd.
Suite 56-290
Atlanta, GA  30324

Kevin Groman
17015 N. Scottsdale Rd.
Scottsdale, AZ  85255

Hercules Capital
400 Hamilton Avenue, Suite 310
Palo Alto, CA  94301

Silver Rock Opportunistic Credit Fund LP
2425 Olympic Boulevard
Suite 4060W
Santa Monica, CA  90404

Special Situations Group of American Capital, Ltd.
2 Bethesda Metro Center, 12th Floor
Bethesda, MD  20814

Robert Spiegel
470 Park Ave. South, 9th Floor
New York, NY  10016

St Cloud Capital, LLC
10866 Wilshire Blvd., #1450
Los Angeles, CA  90024

Stephens, Inc.
111 Center St.
Little Rock, AR  72201

Strand Equity
1 N Wacker Dr., Suite 3605
Chicago, IL  60606

Sunshine Finance LLC
225 East Deerpath Road, Suite 210
Lake Forest, IL  60045

Victory Park Capital
227 W. Monroe St., #3900
Chicago, IL  60606

Wellwater LLC
2425 Olympic Boulevard, Suite 4060W
Santa Monica, CA  90404

White Oak Global Advisors, LLC
3 Embarcadero Center, Suite 550
San Francisco, CA  94111

Homewood Capital
641 5th Ave, PH 4
New York, NY 10022

Ideasorb UG
Grunewaldstr. 82
10823 Berlin
GERMANY

Indivior, Inc.
10710 Midlothian Turnpike
Suite 430
Richmond, VA 23235

Dated: November 16, 2017          Respectfully submitted,
                                  **FOX ROTHSCHILD LLP**

                                  */s/ L. John Bird*
                                  L. John Bird (DE No. 5310)
                                  919 North Market Street, Suite 300
                                  Wilmington, DE 19801
                                  Telephone: (302) 654-7444
                                  Facsimile: (302) 656-8920
                                  jbird@foxrothschild.com

                                          and

                                  Michael A. Sweet, Esq.
                                  245 California Street, Suite 2200
                                  San Francisco, CA 94104-2670
                                  Telephone: (415) 264-5540
                                  Facsimile: (415) 391-4436
                                  msweet@foxrothschild.com

                                  *Special Counsel to Jeoffrey L. Burtch*
                                  *as Chapter 7 Trustee*

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NJOY, Inc.,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 16-12076 (CSS) |

**TRUSTEE'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure (the "Federal Rules") as incorporated by Rules 7026, 7034, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the applicable Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and this Court's *Order Granting Motion of the Chapter 7 Trustee Directing the Production of Documents by and the Examination of Respondents* [D.I. 590], Jeoffrey L. Burtch, as chapter 7 trustee of NJOY, Inc. (the "Trustee"), hereby serves the following First Set of Requests for Production of Documents (the "Requests").

**DEFINITIONS**

Except where the context indicates to the contrary, the following definitions shall apply to the instructions and discovery requests set forth below. Terms not defined below shall be given their ordinary meaning or the meaning ascribed to them in the Claim.

1. "And" and "Or" shall be construed either disjunctively or conjunctively, as necessary, to bring within the scope of these Requests any information which might otherwise be construed to be outside their scope.

2. "Communication" means any oral or written utterance, notation or statement of any nature whatsoever, by and to whom made, including, but not limited to an inquiry, discussion, conversation, correspondence, negotiation, dialogue, agreement, consultation, interview, telephone conversation, letter, note, telegram, telex, electronic memorandum, electronic mail,

---

[1] The last four digits of the Debtor's federal tax identification number are 6013. The Debtor's mailing address and principal place of business is 15211 N. Kierland Blvd., Suite 200, Scottsdale, Arizona 85254.

advertisement, or any other form of interaction, whether oral or written, between two or more persons.

3. "Concerning" means and includes concerning, evidencing, in connection with, pertaining to, and related to as those words and phrases are commonly understood.

4. The "Debtor" or "NJOY" means NJOY, Inc, having filed its petition in the United States Bankruptcy Court for the District of Delaware on September 16, 2016.

5. "Document" or "Documents" shall have the broadest meaning of documents or electronically stored information set forth in Rule 34 of the Federal Rules, made applicable to this proceeding by Rule 7034 of the Bankruptcy Rules, and shall include, without limitation, any writing, recording, photograph, electronic mail correspondence, electronically-stored information, computer data base, data bank, report, memoranda, books, summarizing ledgers or other items containing information of any kind or nature, whether in draft or final form, however, produced or reproduced, whatever its origin or location, and regardless of the form in which such information exists or is maintained. In all cases where originals and/or non-identical copies are not available, "document" or "documents" also means identical copies of original documents and copies of non-identical copies. For purpose of these requests, a document which is a copy of another document is intended to be separately requested if the copy differs in any way by virtue of any changes, additions, redactions, annotations or recipients.

6. "Electronically-stored information" or "ESI" is information that is stored electronically, regardless of the media, storage location, or whether it is in the original format in which it was created, as opposed to stored in hard copy (i.e, on paper), including but not limited to: databases; word-processing documents; spreadsheets; presentation documents; graphics, animations, or image files; email and instant messages (including attachments); audio, video, and audiovisual recordings; voicemails; metadata; and internet history.

7. "Evidencing" means constituting, mentioning, describing, concerning, referring to, relating to, supplementing, amending, superseding, replacing, modifying, or pertaining to, in whole or in part the subject matter of the particular request.

8. (a) "Identify" or "Identification" when used with reference to an individual person means to state his or her full name, address, social security number, home and business telephone number, present position and business affiliation, and, if known, his or her position and business affiliation and home address at the time of the transaction or events covered by the Requests;

(b) "Identify" or "Identification" when used with reference to any institution (such as a business establishment, government agency or hospital), means to state its name, address and telephone number at the time of the transaction or events covered by the Requests; and

(c) "Identify" or "Identification" when used with reference to the documents means to describe the general categories of documents called for, their last known location and custodian, and their author and the date of their preparation and execution. Such documents were,

but are no longer, in your possession or subject to your control, state the disposition which was made of them, the reason for such disposition and the date thereof.

9. "Person" means in the singular as well as the plural, a corporation, partnership, or other business association or entity, a natural person and/or any government or governmental body, commission, board, or agency.

10. "Petition Date" means September 16, 2016.

11. "Related to" or "Relating to" means referring to, regarding, reflecting upon, or in any way logically or factually connected with the matters subject to these Requests.

12. The "Trustee" shall mean Jeoffrey L. Burtch, in his capacity as chapter 7 trustee of NJOY.

13. "You" or "Your" shall mean the recipient of these Requests, including any agents, representatives or any Person with any ownership interest thereof, or other Persons acting, or purporting to act on your behalf or under your control, including attorneys, accountants and consultants.

14. The use of the singular or plural shall not be deemed a limitation and the use of the singular shall be considered to include the plural and vice versa. Capitalized words shall have the same meaning as lowercase words and vice versa.

## INSTRUCTIONS

1. The Trustee requests that You respond to the Requests at the offices of Fox Rothschild LLP, 345 California Street, Suite 2200, San Francisco CA 94104, msweet@foxrothschild.com and lbird@foxrothschild.com ("Fox Offices"). If the parties agree in writing or the Bankruptcy Court orders that any other response date is applicable, then such date will be deemed to replace the Return Date specified above, with all other provisions hereof remaining the same

2. Each and every aspect of these Requests will be continuing in nature, thus requiring supplemental answers if you obtain additional information between the time of any answer hereto and the time of any trial or hearing to which this discovery is or will be pertinent. You are directed to notify the undersigned attorneys and to produce the information or documents immediately, in

3

accordance with the requirements of Fed. R. Bankr. P. 7026 and Federal Rule of Civil Procedure 26(e).

3.  If it is your position that you object to any part of the Requests, or that any information requested is exempt from discovery for any reason (including, but not limited to any privilege you may claim), you must state the exact nature and grounds of your position in your answer thereto, and you must specify: (1) the parts thereof which you claim to be objectionable and your precise objections; and (2) the specific information which you claim to be exempt from discovery and the precise reasons for your claim with sufficient specificity so that the withheld information can be identified.

4.  If any Document called for by these Requests has been destroyed, lost, discarded or otherwise made unavailable, identify any such Document as completely as possible, including the date on which such Document was destroyed or became unavailable; the circumstances surrounding such disposition, including the reasons therefore; and the names of all persons with knowledge of such disposition, including the name(s) of the persons that authorized such disposition of such Document(s).

5.  If any part of a document is responsive to any Request, the whole document is to be produced.

6.  All ESI shall be Bates labeled and produced in single page .tiff image format and in accordance with Local Rule 7026-3, with metadata and extracted text on the document level. In addition, we request that the following ESI be produced in native file format: spreadsheets and other such file types that when converted to image format take on an appearance noticeably different from the one the running native file took when viewed on a computer screen, such as an

Excel spreadsheet with its columns and cells running over multiple .tiff images. Documents produced in native will also be produced with a .tiff slip sheet that reads "Produced in Native."

7. LFP, OPT, and DAT load files will be provided with the following metadata fields: BEGDOC, END DOC, BEGATTACH, ENDATTACH, PageCt, Author, To, Cc, Bcc, Custodian, Date/Time Sent, Date/Time Created, Subject, FileName, DateLastMod, MD5Hash, Confidentiality Designation, Has Redactions.

8. If you cannot answer any portion of any of the following Requests in full, after exercising diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

9. If you claim privilege as to any communication as to which information is requested by these Requests, set forth the privilege claimed, Identify the Communication and Document, state the subject matter of such Communication or Document, and all facts necessary to explain the basis for your claim.

10. Any request to provide a date shall mean to provide the exact day, month, and year, if known or, if not known, your best approximation thereof.

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

1. Any and all Documents and Communications with NJOY, any of its representatives or member of its management team from January, 2012 through present, including but not limited to:

- Richard Carmona;
- Adam Draizin;
- Michael Farello;
- RJ Nicolosi;
- Josh Rabinowitz;
- Michael Rubin;
- Paul Sturman;

5

- Douglas Teitelbaum;
- Craig Weiss;
- Jeffrey Weiss;
- John Bax; and
- Elie Wurtman.

2. Any and all Financial statements of the Debtor.

3. Any and all Documents constituting or Relating to Communications between any representative or agent of the Debtor and You relating to efforts to obtain or provide financing to, or an investment in, the Debtor.

4. Any and all Documents relating to the Debtor's business, including, without limitation, its financial condition.

Dated: November 16, 2017

Respectfully submitted,
**FOX ROTHSCHILD LLP**

*/s/ L. John Bird*
L. John Bird (DE No. 5310)
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jbird@foxrothschild.com

and

Michael A. Sweet, Esq.
245 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone: (415) 264-5540
Facsimile: (415) 391-4436
msweet@foxrothschild.com

*Special Counsel to Jeoffrey L. Burtch*
*as Chapter 7 Trustee*