**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NJOY, INC.,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 16-12076 (CSS) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL
FROM SERVICE LISTS**

PLEASE TAKE NOTICE that the appearance of Shannon Dougherty Humiston, Esquire is hereby withdrawn as counsel to NJOY, Inc., ("Debtor"), in the above-captioned case, and requests to be removed from all service lists.  The Debtor continues to be represented by the law firm of Gellert Scali Busenkell and Brown, LLC.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>GELLERT SCALI BUSENKELL & BROWN, LLC |
| Dated:  November 20, 2017 | */s/ Michael Busenkell*<br>Michael Busenkell (DE 3933)<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE  19801<br>Phone:  302-425-5800<br>Fax: 302-425-5814<br>mbusenkell@gsbblaw.com<br><br>*Counsel to NJOY, Inc.*<br><br>*/s/ Shannon Dougherty Humiston*<br>Shannon Dougherty Humiston (DE 5740)<br><br>*Withdrawing Counsel to NJOY, Inc.* |

---

[1] The last four digits of the Debtor's federal tax identification number are 6013.  The Debtor's mailing address and principal place of business is 7047 E. Greenway Parkway, Suite 250, Scottsdale, Arizona 85254.