IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| NJOY, INC., | : | Case No. 16-12076 (CSS) |
| | : | |
| _____Debtor._____ | : | |

## STATUS REPORT OF CHAPTER 7 TRUSTEE

Jeoffrey L. Burtch, as trustee (the "Trustee") for the above-captioned Chapter 7 estate,

hereby provides this Status Report.

**A.**     **Status of Major Asset Sales**

Completed during the Chapter 11 proceedings of this case.

**B.**     **Status of Plan Negotiations/Preparations/Confirmation**

Not applicable to this Chapter 7 case.

**C.**     **Status of Major Litigation**

Completed.

**D.**     **Status of Chapter 5 Causes of Action**

Completed.

**E.**     **Status of Open Adversary Proceedings**

All adversary proceedings have been closed.

**F.**   **Status of Case Administration**

The Trustee's review of claims is substantially complete, and he intends to file necessary omnibus objections in the next quarter. The Trustee has also retained accountants who are preparing necessary estate tax returns. The Trustee will thereafter resolve remaining case issues, including destruction of unneeded estate records and finalization of necessary tax preparation. The Trustee anticipates that such resolutions will occur within the next 180 days, at which time he will finalize his administration and submit his final report to the Office of the United States Trustee.

**G.**   **Matters Awaiting Court Disposition**

No matters are currently pending.

Dated:  July 6, 2021                     COZEN O'CONNOR

                                        */s/ Gregory F. Fischer*
                                        Mark E. Felger (No. 3919)
                                        Gregory F. Fischer (No. 5269)
                                        1201 N. Market Street, Suite 1001
                                        Wilmington, DE 19801
                                        Telephone:  (302) 295-2000
                                        Facsimile:  (302) 295-2013
                                        Email:  mfelger@cozen.com
                                               gfischer@cozen.com

                                        *Counsel to Jeoffrey L. Burtch,*
                                        *Chapter 7 Trustee*